UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STYAUNO CARTER,<br><br>           Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:13-cv-0782 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 15) |

On April 23, 2014, the parties filed a stipulation for Defendant to have an extension of time of thirty days to file a response to Plaintiff's opening brief. (Doc. 15). Notably, the Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 6-1 at 4), which has not been used by the parties. Thus, the extension of time is appropriate.

Accordingly, **IT IS HEREBY ORDERED**: Defendant's request for an extension of time is **GRANTED,** and Defendant **SHALL** file a response to Plaintiff's opening brief no later than **May 23, 2014.**

IT IS SO ORDERED.

Dated:   **April 24, 2014**                    **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

1